UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE SUMMERS, | ) Case No. CV 07-4555-JVS(RC) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| DEBRA PATRICK (WARDEN), | ) |
| Respondent. | ) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and the action are dismissed as untimely.

DATED:   2-1-08

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&R\07-4555.jud
12/5/07